<div style="float:left">United States District Court<br>For the Northern District of California</div>

1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10
11 TOTO, INC.,                                      No. 13-mc-80168 JST  (DMR)
12        Plaintiff(s),                             **NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER**
13        v.
14 SONY MUSIC ENTERTAINMENT,
15        Defendant(s).
16 _____/
17 TO ALL PARTIES AND COUNSEL OF RECORD:
18        The court is in receipt of the parties' joint letter regarding their discovery dispute.  Docket
19 No. 8.  You are hereby notified that a hearing regarding the dispute is set for October 10, 2013 at
20 11:00 a.m.  at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom
21 number and floor information, please check the Court's on-line calendar at
22 http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge
23 Ryu's calendar).
24        IT IS SO ORDERED.
25
26 Dated:  September 4, 2013
27                                                  _____
                                                    DONNA M. RYU
28                                                  United States Magistrate Judge