UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTO, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SONY MUSIC ENTERTAINMENT,<br><br>        Defendant. | Case No.  13-mc-80168-JST<br><br>**ORDER TERMINATING CASE**<br><br>Re: ECF Nos. 7, 23, 28 |

The issues in this dispute having been fully resolved, see ECF Nos. 7, 23, 28, the Court hereby TERMINATES this case. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 31, 2014

_____
JON S. TIGAR
United States District Judge